IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter: 13 |
| Blaine M. Kolkoski | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 09-31383 |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
      HSBC BANK NEVADA, N.A.
      BEST BUY CO., INC.

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

      HSBC BANK NEVADA, N.A.
      Bass & Associates, P.C.
      3936 E. Ft. Lowell Road, Suite #200
      Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 11/25/09
Account Number: ************6501

    Respectfully submitted,
    Bass & Associates, P.C.

    By: /s/ Patti H. Bass  (AZ 016849)
      Attorneys for Creditor
      HSBC BANK NEVADA, N.A.
      3936 E Ft Lowell Rd Suite 200
      Tucson, AZ  85712-1083
      (520) 577-1544
      ecf@bass-associates.com